IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUSTAFA SAYED SADAT,

    Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

    Respondents.

No. 05-05309 CW

ORDER DENYING STIPULATION TO EXTEND DATES AND SETTING BRIEFING SCHEDULE

    Having considered the Stipulation to Extend Dates and good cause not appearing,

    IT IS HEREBY ORDERED that Respondents shall file an opposition to the Petition for Hearing on Naturalization Application Pursuant to 8 U.S.C. Section 1447(b) by April 21, 2006, any reply by Petitioner will be due April 28, 2006; thereafter the matter will be deemed submitted on the papers and no hearing will be held unless ordered by the Court.

Dated 4/4/06

_____
CLAUDIA WILKEN
United States District Judge